UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON R. POWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. 2:24-cv-00030-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDIGNS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS THIS ACTION<br><br>(Doc. Nos. 3, 11, 14) |

Plaintiff Shannon R. Powell proceeds *pro se* with this civil action brought against defendant United States of America. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss this action (Doc. No. 3) be granted and that this action be dismissed for lack of subject matter jurisdiction and due to plaintiff's failure to state a cognizable claim for relief. (Doc. No. 11.) The magistrate judge further recommended that this action be dismissed without leave to amend because granting plaintiff leave to amend would be futile. (*Id.* at 4–5.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
2  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
3  findings and recommendations are supported by the record and by proper analysis.
4    Accordingly:
5    1.   The findings and recommendations issued on April 29, 2024 (Doc. No. 11) are
6         adopted in full;
7    2.   Defendant's motion to dismiss (Doc. No. 3) is granted;
8    3.   This action is dismissed;
9    4.   Plaintiff's request to transfer venue, which consists of nonsensical ramblings,
10        (Doc. No. 14), is denied as having been rendered moot by this order; and
11   5.   The Clerk of the Court is directed to close this case.
12   IT IS SO ORDERED.
13   Dated:   **July 12, 2024**                    _Dale A. Drozd_
14                                                 DALE A. DROZD
                                                   UNITED STATES DISTRICT JUDGE